UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Valerie Brooks, | No. 2:20-cv-01625-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Valentino U.S.A., Inc. et al., | |
| Defendants. | |

On January 21, 2021, the parties filed a notice that they had settled the plaintiff's claims on an individual basis. ECF No. 10. The court ordered dispositional documents to be filed by February 11, 2021. Min. Order, ECF No. 11. Since then, the parties have filed several status reports. *See* Status Reports, ECF Nos. 12, 14, 16. The court has construed these status reports as requests for extensions of the deadline to file dispositional documents and has granted those requests. *See* Min. Orders, ECF Nos. 13, 15, 17. The parties recently filed a similar status report. ECF No. 19. It does not explain the status of their settlement negotiations and why a settlement agreement has not been finalized.

**A status conference is therefore set for October 14, 2021 at 2:30 p.m.** No later than two weeks before that status conference, the parties shall submit a joint report on (1) the status of their settlement negotiations, (2) whether the court should refer this case to the court's Volunteer Dispute Resolution Panel (VDRP) or a settlement conference before another judge of this court,

1

and (3) whether the court should issue a Rule 16 scheduling order, and if so, what dates and deadlines the parties propose.

IT IS SO ORDERED.

DATED: August 27, 2021.

_____<br>CHIEF UNITED STATES DISTRICT JUDGE